1

2

3

4

5

6                        UNITED STATES DISTRICT CCOURT

7                            DISTRICT OF NEVADA

8

9

10   KEISHAWN CRANFORD,                ) Case No.: 3:21-CV-00386-RCJ-CLB
                                       )
11                  Plaintiff,         ) ORDER ADOPTING AND ACCEPTING
                                       ) REPORT AND RECOMMENDATION OF
12   v.                                ) UNITED STATES MAGISTRATE JUDGE
                                       ) (ECF NO. 31)
13   STATE OF NEVADA, *et al.*,        )
                                       )
14                  Defendants.        )
                                       )
15                                     )
                                       )
16

17        Before the Court is the Report and Recommendation of United States Magistrate Judge

18   Clara Baldwin, (ECF No. 31[1]) entered on December 6, 2022, recommending that the Court deny

19   Plaintiff's motion for temporary restraining order and/or preliminary injunction, (ECF Nos. 25,

20   26) and deny as moot Plaintiff's motion to dispense with security, (ECF No. 27).

21        This action was referred to Magistrate Judge Baldwin under 28 U.S.C. § 636(b)(1)(B)

22   and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District

23   of Nevada.

24        The Court has considered the pleadings and memoranda of the parties and other relevant

25   matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

26

27

28   _____
     [1]  Refers to Court's docket number.

                                            1

**IT IS HEREBY ORDERED** that Magistrate Judge Baldwin's Report and Recommendation (ECF No. 31) is **ADOPTED and ACCEPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's motion for temporary restraining order and/or preliminary injunction, (ECF Nos. 25, 26) are **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's motion to dispense with security, (ECF No. 27) is **DENIED as moot**.

**IT IS SO ORDERED**.

Dated December 28, 2022.

_____

ROBERT C. JONES
United States District Judge