# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KEISHAWN CRANFORD,<br><br>             Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, *et al.*,<br><br>             Defendants. | Case No. 3:21-CV-00386-RCJ-CLB<br><br>**ORDER TO SUBSTITUTE**<br><br>[ECF No. 53] |

       Defendants entered a suggestion of death on the record as to Defendant Gregory Martin. (ECF No. 53). Pursuant to Federal Rule of Civil Procedure 25(a)(1), "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative. If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed." Fed. R. Civ. P. 25(a)(1). Therefore, if a motion for substitution by the decedent's successor or representative is not filed on or before **Thursday, August 3, 2023**, Defendant Gregory Martin must be dismissed from this action.

       **IT IS SO ORDERED.**

       **DATED**: __May 5, 2023__.

                                                        **UNITED STATES MAGISTRATE JUDGE**