# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KEISHAWN CRANFORD,<br><br>　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>STATE OF NEVADA, *et al.*,<br><br>　　　　　　　　　Defendants. | Case No. 3:21-CV-00386-RCJ-CLB<br><br>**ORDER RE: VIOLATION OF GENERAL ORDER 2021-5**<br><br>[ECF Nos. 58, 60] |

On October 13, 2021, this Court entered General Order No. 2021-05 ("GO 2021-05"), setting forth certain requirements and limitations for filings in Pro Se Inmate Non-Habeas Civil Rights cases. GO 2021-05 § 3(e) expressly states that:

> Declarations, affidavits and exhibits are to be filed only as attachments in support of a motion, a response to a motion, or a reply in support of a motion. Declarations, affidavits, and exhibits that are not filed in support a motion, a response to a motion, or a reply to a motion may not be filed.

*Id.* at 4-5. On May 24, 2023, Plaintiff filed a document entitled "Declaration for Entry of Default," which was not attached to any motion, response, or reply in violation of GO 2021-5 § 3(e). (ECF No. 58.) Therefore, this document, (ECF No. 58), is stricken from the record.

Despite Plaintiff's declaration being filed in violation of GO 2021-5, Defendants improperly filed a "response" to this document. (ECF No. 60.) Therefore, this document, (ECF No. 60), is also stricken from the record.

Both parties are reminded that they are required to follow **all** the Court's Orders, the Local Rules for the District of Nevada, and Rules of Civil Procedure in all filings in this case in the future. Improperly filed documents will be stricken from the record.

**IT IS SO ORDERED.**

**DATED**: June 8, 2023.

_____
UNITED STATES MAGISTRATE JUDGE