UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KEISHAWN CRANFORD,<br><br>    Plaintiff,<br><br>  v.<br><br>STATE OF NEVADA, *et al.*,<br><br>    Defendants. | Case No. 3:21-CV-00386-CLB<br><br>**ORDER DENYING PLAINTIFF'S MOTIONS FOR INJUNCTIVE RELIEF**<br><br>[ECF Nos. 65, 66] |

Currently pending before the Court are Plaintiff Keishawn Cranford's ("Cranford") motion for temporary restraining order, (ECF No. 65), and motion for preliminary injunction (collectively referred to as "motions for injunctive relief"). (ECF No. 66.) On July 21, 2023, the Court granted Cranford's motion for appointment of counsel, (ECF No. 62), and stayed the case in its entirety until pro bono counsel is identified and formally appointed in the case. (ECF No. 64.) As the case is stayed in its entirety, both parties are precluded from entering filings in the case until the stay is lifted.

Therefore, **IT IS HEREBY ORDERED** that Cranford's motions for injunctive relief, (ECF Nos. 65, 66), are denied with leave to refile once counsel has been identified and formally appointed in this case.

**DATED**:  July 28, 2023  .

_____
**UNITED STATES MAGISTRATE JUDGE**