AARON D. FORD
  Attorney General
ANDREW C. NELSON, Bar No. 15971
  Senior Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1227
E-mail: ACNelson@ag.nv.gov

*Attorneys for Defendants*
*Dawn Jones, Gregory Martin,*
*Michael Minev, Timothy Rigali*
*and Chet Rigney*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| KEISHAWN CRANFORD,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, et al.,<br><br>    Defendants. | Case No. 3:21-cv-00386-CLB<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

    Plaintiff, Keishawn Cranford, *pro se*, and Defendants, Dawn Jones, Gregory Martin, Michael Minev, Timothy Rigali and Chet Rigney, by and through counsel, Nevada Attorney General, Aaron D. Ford, and Senior Deputy Attorney General, Andrew C. Nelson, hereby

///
///
///
///
///
///
///
///
///

1

stipulate and agree that this matter be dismissed with prejudice by Order of this Court, each party to bear their own attorney's fees and costs.

DATED this 5 of August 2024.

By: *[signature]*
Keishawn Cranford, #1031790
*Plaintiff, pro se*

DATED this 10th of September 2024.

AARON D. FORD
Attorney General

By: */s/ Andrew C. Nelson*

Andrew C. Nelson (Bar No. 15971)
Senior Deputy Attorney General

*Attorneys for Defendants*

**IT IS SO ORDERED.**

DATED this 10th day of September, 2024.

*[signature]*
**UNITED STATES MAGISTRATE JUDGE**

2